UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

T.C. FRANCHISING, INC.

        Plaintiff,

v.

        Case No. 05CV73362

        Judge: Bernard A. Friedman

        Magistrate Judge: Majzoub

STACY GUTIERREZ, an individual,
  d.b.a. SUN IMAGE TAN

        Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL

Pursuant to the parties' stipulation as shown by their signatures hereto and the previously filed Settlement and Release Agreement and the Order for Permanent Injunction:

**IT IS HEREBY ORDERED** that Plaintiff's complaint is dismissed with prejudice and without attorney's fees or costs.

        s/Bernard A. Friedman

        **Honorable Bernard Friedman**
**Dated: March 7, 2006**        **United States District Court**

APPROVED AS TO FORM AND CONTENT:

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| s/with consent of Roy Jay Montney, Jr | s/with consent of Stacy Gutierrez |
| Roy Jay Montney, Jr. (45212) | Stacy Gutierrez, d.b.a. Sun Image Tan |
| Martinelli & Montney, P.L.C. | 4494 Dixie Hwy. |
| 23100 East Jefferson Ave. | Waterford, MI |
| St. Clair Shores, MI 48080 | (248) 673-8826 |
| (586) 778-4990 | |